# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

**Date:   November 29, 2007**

Courtroom Deputy:  Ginny Kramer
Court Reporter: Suzanne Claar
Interpreters: Cathy Bahr and Melinda Gonzalez-Hibner

_____

**Criminal Case No.   07-cr-00358-REB**

UNITED STATES OF AMERICA,                                    Linda McMahan

v.

3.  MARTIN VILLEGAS TERRONES,                          Janine Yunker
    *d/b/a Classic Old West Styles, Inc.*
    *d/b/a El Changarro*

      Defendant.

_____

## COURTROOM  MINUTES
_____

**1:30 p.m.      Court in session.**

The Defendant is present in court (in custody).

Appearances of counsel.

Opening statements by the court.

The parties stipulate to the qualifications of the interpreters.

The Interpreters are sworn.

The Government calls witness, Special Agent George Morrison.

The witness is sworn.

1:38 p.m.    Direct examination of the witness, Special Agent George Morrison, by Ms. McMahan.

The record shall reflect that the witness has identified the defendant, Mr. Martin Villegas Terrones, subject to cross examination.

2;10 p.m.    Cross examination of the witness, Special Agent George Morrison, by Ms. Yunker.

The witness is excused.

The Government rests.

The Defendant will not present evidence.

Argument by Ms. Yunker, for the Defendant.

Argument by Ms. McMahan, for the Government.

**2:36 p.m.    Court in recess.**
**2:53 p.m.    Court in session.**

The Court enters Findings of Fact, Conclusion of Law, and orders.


**It was ORDERED:**

1.    That the Defendant's Motion / Objection *To Admission of Expert Testimony* [#49], filed November 8, 2007, is **DENIED.**

2.    That the Government's Motion Request for Discovery and Inspection Pursuant to Federal Criminal Procedure, Rule 16(b)(1)(A), (B) and [#40], filed October 26, 2007, insofar as it seeks pretrial disclosure and summary, is **GRANTED**; provided furthermore, that shall have until December 13, 2007, to produce any expert disclosure and summary.

3.    That trial by jury is scheduled to commence on **December 17, 2007, at 8:30 a.m. through Thursday, December 20, 2007; recessing trial until Wednesday, January 2, 2008, commencing at 1:30 p.m. through January 4, 2008, and then January 7, 2008 through January 10, 2008.**

4.    That a Pretrial Conference is scheduled for **December 14, 2007, at 1:15**

**p.m.**

3:18 p.m.      Court in recess.

*Total court time: 1 hour and 48 minutes - hearing concluded*